UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

* * * * * * * * * * * * * * * * *

In the Matter of                    Chapter 13 Case No. 04-40460
                                                              MS
ALLAN GENE FLANIGAN                 PLAN DATED APRIL 5, 2004

     Debtor.

* * * * * * * * * * * * * * * * *

1. **FUTURE EARNINGS:**

The future earnings of the debtor are submitted to the supervision and control of the trustee.

The debtor shall pay to the trustee the sum of $110.00 monthly, that is $1,320.00 annually, for a period of 3 years, for a grand total of $3,960.00, payments to commence June 15, 2004, with the last payment on May 15, 2007.

2. **DISBURSEMENTS:**

From the payments so received, the trustee shall make disbursements as follows:

    A.    PERCENTAGE FEE FOR STANDING TRUSTEE: 10%

    B.    ADMINISTRATIVE EXPENSE: - Thomas A. Blake

| ESTIMATED AMOUNT OF CLAIM | INTEREST RATE | MONTHLY PAYMENT | APPROXIMATE # OF PAYMENTS | SUM TOTAL OF ALL PAYMENTS |
|---|---|---|---|---|
| $1,590.00 | 0% | $100.00 | Months 1-16 | $1,590.00 |

RECEIVED/FILED

APR 7   8 04 AM '04



CLERK
U.S. BANKRUPTCY COURT

C. <u>PRIORITY CLAIMS:</u> - None

D. <u>SECURED CLAIMS</u>

   1. <u>MIDWEST PARTNERS FCU</u>

   This creditor has security in debtors' 1992 Honda Accord Wagon. Debtor is current on this obligation and will continue his regular monthly payment outside the Plan.

   2. <u>HOME FEDERAL SAVINGS & LOAN</u>

   This creditor has a mortgage on former homestead awarded to ex-wife in divorce. Debtor elects to surrender this obligation.

E. <u>UNSECURED CREDITORS</u>

   (a) All remaining Plan proceeds shall be paid to members of this class with **<u>no interest.</u>** Additionally, all of the debtor's net disposable income for three years from the date of the first payment of the Plan, shall be submitted to the Trustee for disbursement to this class.

3. **<u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES:</u>**

   None

4. **<u>VESTING OF PROPERTY OF THE ESTATE:</u>**

   On confirmation of the Plan, all of the property of the estate shall vest in the debtor.

5. **LIQUIDATION ANALYSIS**

Attached as Exhibit "A" hereto and incorporated herein by reference is a liquidation analysis that demonstrates that creditors will receive as much or more than they would if Debtor's non-exempt assets were liquidated in a Chapter 7 bankruptcy.

Dated this 5th day of April, 2004.

_____          _____
THOMAS A. BLAKE                                        Al Flanigan
Attorney for Debtor                                   Chapter 13 Debtor
505 West Ninth Street
Sioux Falls, SD   57104
(605) 336-1216
FAX (605) 332-2897

Allan Flanigan

LIQUIDATION ANALYSIS

| Assets | Market Value | Liquidation Exp. | Net | Secured Claims | Net | Exemptions | Net available for unsecured creditors |
|---|---|---|---|---|---|---|---|
| 401k | 3,000 | | | | 3,000 | 100% | -0- |
| IRA | 600 | | | | 600 | 100% | -0- |
| Clothing/Jewelry | 6,430 | | | 2,500 | 3,930 | 4,000 | -0- |
| Personal Property | | | | | | | |

Exhibit "A"