```
                   UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF SOUTH DAKOTA
                         Southern Division
```

|  |  |
|---|---|
| In re: | Bankruptcy Case No. 04-40460 |
| ALLAN GENE FLANIGAN,<br>Soc. Sec. No. XXX-XX-4985 | Chapter 13 |
|  | **OBJECTION TO PLAN DATED APRIL 5, 2004** |
| Debtor. |  |

   **COMES NOW** Dale A. Wein the standing Chapter 13 Trustee and makes the following objections to the proposed Chapter 13 Plan dated April 5, 2004.

   1. The Trustee objects to confirmation until such time as the Debtor has provided the Trustee with a copy of his 2003 Tax Return and the Trustee has reviewed the same. The Trustee would reserve further objections until I review such tax return.

   2. The Trustee objects to confirmation until such time as the Debtor has provided the Trustee with a copy of the Court Order for a child support and alimony obligation.

   **WHEREFORE,** the Trustee objects to Confirmation of the referenced Plan until the foregoing objections have been cured by the Debtor.

   Dated this 21st day of May, 2004.

                              DALE A. WEIN
                              <u>/S/ Dale A. Wein</u>
                              Chapter 13 Bankruptcy Trustee
                              Post Office Box 1329
                              Aberdeen, SD 57402-1329
                              dalewein@rw-law.net
                              Phone: (605) 225-0100
                              Fax:   (605) 229-3114