UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

* * * * * * * * * * * * * * * * *

In the Matter of                    Chapter 13 Case No. 04-40460

ALLAN GENE FLANIGAN                 ORDER CONFIRMING PLAN

         Debtor

* * * * * * * * * * * * * * * * *

    The matter before the Court is the confirmation of Debtor's Plan Dated April 5, 2004. A hearing was held on July 28, 2004. Appearances included Trustee Dale A. Wein, and his attorney, Thomas A. Blake. In recognition of and compliance with the findings and conclusions entered on the record,

    IT IS HEREBY ORDERED THAT the Debtor's Plan Dated April 5, 2004 is confirmed.

    IT IS HEREBY FURTHER ORDERED THAT Debtor shall make his first payment under the Plan on June 15, 2004, and his last payment under the Plan on May 15, 2007.

    IT IS HEREBY FURTHER ORDERED THAT all of Debtor's disposable income to be received in the three-year period beginning on June 15, 2004 shall be applied to make payments under his plan, as provided by 11 USC § 1325(b).

    So ordered this 29th day of July, 2004.

                                     BY THE COURT:

                                     Irvin N. Hoyt
                                     Bankruptcy Judge

ATTEST
CHARLES L. NAIL, JR., Clerk

By Diane Mickelson
   Deputy Clerk



I hereby certify that a copy of this document was electronically transmitted, mailed, hand delivered or faxed this date to the parties on the attached service list.

JUL 29 2004

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court, District of South Dakota
By_____ Dm

NOTICE OF ENTRY
Under F.R.Bankr.P. 9022(a)
Entered

JUL 29 2004

Charles L. Nail, Jr., Clerk
U.S. Bankruptcy Court
District of South Dakota

Thomas A. Blake
#202, 505 W. 9th St.
Sioux Falls, SD 57104



Allan Gene Flanigan
1609 S. Rock Creek Dr., #169
Sioux Falls, SD 57103



Bruce J. Gering
Office of the U.S. Trustee
230 S Phillips Ave, Suite 502
Sioux Falls, SD 57104-6321



Dale A. Wein
Bankruptcy Trustee
PO Box 1329
Aberdeen, SD 57402-1329