UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH DAKOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In the Matter of | Chapter 13 Case No. 04-40460 |
| ALLAN GENE FLANIGAN | MOTION FOR AUTHORITY TO OBTAIN SECURED CREDIT AND REQUEST FOR PRELIMINARY HEARING |
| Debtor | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW the above-referenced debtor, by and through his attorney of record, Thomas A. Blake, and moves the Court for an Order approving the debtor incurring secured debt.

1. Specifically, the debtor is requesting Court approval allowing him to enter into a contract to purchase a home, located at 327 S. Blauvelt, Sioux Falls, SD 57103, and legally described as:

> Lot 8, Block 12, Phillips Addition, Minnehaha Co., Sioux Falls, SD

2. Debtor proposes to obtain credit in the amount of $67,367 to purchase the home and offer the home as security for the debt.

3. The sellers of the home are Jerry & Marilyn Cochran.

4. The total purchase price of the home is $67,900.

5. The proposed mortgage amount is $67,367.

6. The interest rate for the loan obtained to finance the home is 5.5%.

7. The monthly mortgage payment, which includes principal, interest, taxes & insurance is $558.11.

8. The purchase of the home shall be financed through a loan with SDHDA. The loan will originate from Valley Bank of Sioux Falls.

9. Pursuant to Fed.R.Bankr.P. 4001(c)(2) and LBR 4001-3, Debtor requests preliminary authority to obtain $67,367 in secured credit, on or before September 7, 2006, at noon, the scheduled closing date of the property.

10. A copy of the debtor's projected income and projected expenses

    during the credit term are attached hereto as Exhibits "A" and "B".

11. The terms of the Plan shall not be affected by the purchase of this home.

WHEREFORE, Debtor hereby moves as aforesaid.

Dated this 30th day of August, 2006.

                                            /s/ <u>Thomas A. Blake</u>  
                                            Thomas A. Blake  
                                            Attorney for Debtor  
                                            505 W. 9th, Suite 202  
                                            Sioux Falls, SD 57104  
                                            (605)336-1216  
                                            FAX (605)332-2897

IN RE **Flanigan, Allan Gene** _____ Case No. _____
                                     Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP<br>**Son**<br>**Son** | AGE<br>**16**<br>**14** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer<br>How long employed<br>Address of Employer | **Kitchen Manager**<br>**Dow Rummel Village**<br>**6 Months**<br>**Sioux Falls, SD** | |

**INCOME:** (Estimate of average monthly income)                                                    DEBTOR         SPOUSE
1. Current monthly gross wages, salary, and commissions (pro rate if not paid monthly)   $ __**2,250.00**__ $ _____
2. Estimated monthly overtime                                                            $ _____ $ _____
**3. SUBTOTAL**                                                                          $ __**2,250.00**__ $ _____
**4. LESS PAYROLL DEDUCTIONS**
   a. Payroll taxes and Social Security                                   $ __**237.00**__ $ _____
   b. Insurance                                                           $ _____ $ _____
   c. Union dues                                                          $ _____ $ _____
   d. Other (specify) _____                             $ _____ $ _____
   _____                                                $ _____ $ _____
**5. SUBTOTAL OF PAYROLL DEDUCTIONS**                                                    $ __**237.00**__ $ _____
**6. TOTAL NET MONTHLY TAKE HOME PAY**                                                   $ __**2,013.00**__ $ _____

7. Regular income from operation of business or profession or farm (attach detailed statement) $ _____ $ _____
8. Income from real property                                                             $ _____ $ _____
9. Interest and dividends                                                                $ _____ $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above $ _____ $ _____
11. Social Security or other government assistance
   (Specify) _____                                      $ _____ $ _____
   _____                                                $ _____ $ _____
12. Pension or retirement income                                                         $ _____ $ _____
13. Other monthly income
   (Specify) **Avera McKennan (Parttime)**                                $ __**400.00**__ $ _____
   _____                                                $ _____ $ _____
   _____                                                $ _____ $ _____

**14. SUBTOTAL OF INCOME REPORTED ON LINES 7 THROUGH 13**                                $ __**400.00**__ $ _____
**15. TOTAL MONTHLY INCOME** (Add amounts shown on Lines 6 through 14.)                  $ __**2,413.00**__ $ _____

**16. TOTAL COMBINED MONTHLY INCOME** $ __**2,413.00**__   (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

IN RE **Flanigan, Allan Gene** _____ Case No. _____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 558.11 |
|    a. Are real estate taxes included?   Yes ✓   No ___ | |
|    b. Is property insurance included?   Yes ✓   No ___ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 125.00 |
|    b. Water and sewer | $ |
|    c. Telephone | $ 80.00 |
|    d. Other **Cable** | $ 25.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 10.00 |
| 4. Food | $ 450.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 75.00 |
| 8. Transportation (not including car payments) | $ 175.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ 10.00 |
|    c. Health | $ |
|    d. Auto | $ 60.00 |
|    e. Other | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) _____ | $ |
| | $ |
| 13. Installment payments (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ |
|    b. Other | $ |
|    c. Other | $ |
| 14. Alimony, maintenance, and support paid to others | $ 400.00 |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other **Misc.** | $ 100.00 |
| | $ |
| | $ |
| **18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | $ **2,298.11** |

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
| | |
|---|---:|
|    a. Total monthly income from Line 16 of Schedule I | $ 2,413.00 |
|    b. Total monthly expenses from Line 18 above | $ 2,298.11 |
|    c. Monthly net income (a. minus b.) | $ 114.89 |

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only