UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH DAKOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In the Matter of

ALLAN GENE FLANIGAN

Debtor

Case No. 04-40460
Chapter 13

ORDER GRANTING DEBTOR'S
PRELIMINARY REQUEST TO OBTAIN
SECURED CREDIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Upon consideration of Debtor's Motion for Authority to Obtain Secured Credit and Request for Preliminary Hearing filed by debtor on August 30, 2006, and it appearing that no objections to Debtor's preliminary request were timely filed after appropriate notice; therefore,

IT IS HEREBY ORDERED that Debtor is granted authority to obtain secured credit in the approximate amount of $67,367 under the terms and conditions set forth in Debtor's August 30, 2006 Motion for Authority to Obtain Secured Credit and Request for Preliminary Hearing.

So ordered   September 8, 2006

BY THE COURT:

*[signature]*

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Linda M. LaFortune
Acting Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Linda M. LaFortune
Acting Clerk, U.S. Bankruptcy Court
District of South Dakota